**MALLON CONSUMER LAW GROUP, PLLC**

ATTORNEYS AT LAW
One Liberty Plaza
Suite 2301
New York NY 10006
(917) 734-6815
kmallon@consumerprotectionfirm.com

November 17, 2025



**VIA ECF**
Honorable Katherine Polk Failla
United States District Court Judge
U.S. District Court S.D.N.Y.
500 Pearl St.
New York, NY 10007

        **Re: *Jernigan v. Nelnet et al.* 1:2025-cv-7165 (KPF)**

Dear Judge Failla:

      The Plaintiff requests and adjournment of the Initial Conference currently scheduled for November 17, 2025 at 10:30 a.m. This request is made because he has yet to hear from counsel for the sole remaining active Defendant in this action, Nelnet, Inc. Defendant Nelnet was personally served at their headquarters on September 3, 2025. Plaintiff's counsel has reached out to counsel for Nelnet in an unrelated case as a courtesy to see if Nelnet plans on responding to the Complaint in this action before moving to take their default in this action. If Plaintiff does not receive a response within 48 hours he will move to take Nelnet's default.

Respectfully submitted,

*/s/ Kevin Mallon*

Kevin Mallon
Mallon Consumer Law Group, PLLC
Counsel for Plaintiff

---

```
Application GRANTED.  The Initial Conference currently scheduled for November
21, 2025 is hereby ADJOURNED sine die.  Plaintiffs are directed to provide the
Court with a status update in the litigation on or before December 1, 2025.

The Clerk of Court is directed to terminate the pending motion at docket entry
16.

Dated:     November 17, 2025              SO ORDERED.
           New York, New York
```

*/s/ Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE