

Barbara L. Seniawski, Esq.
barbara@seniawskilaw.com
212-595-4536

The Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



December 12, 2025

Re:    Request to Reschedule Initial Conference in
       *Finith Jernigan v. Nelnet, Inc.*, Case No. 25-cv-7165

Dear Judge Polk Failla,

I represent defendant Nelnet, Inc. in the above-captioned matter. I am out of town on January 16, 2026, and respectfully request that the initial conference set for that date be rescheduled. Opposing counsel consents to the rescheduling of the conference.

To assist the Court in rescheduling, the parties are available the following week from Tuesday, January 20, 2026, to Friday, January 23, 2026.

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/Barbara Seniawski*
Barbara Seniawski

cc: Counsel of record (via ECF)

Application GRANTED.  The initial pretrial conference currently scheduled for January 16, 2026, is hereby ADJOURNED to **January 23, 2026,** at **10:30 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 25.

Dated:     December 15, 2025
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE