UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINITH JERNIGAN,

                    Plaintiff,

          -v-

NELNET, INC.,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2026

**ORDER**

25-CV-7165 (KPF)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated April 10, 2026, ECF No. 40 (the "Order"), the undersigned directed the parties to submit materials via email by May 22, 2026 in advance of the June 8, 2026 settlement conference. To date, Plaintiff has not submitted the materials described in the Order. Plaintiff is directed to submit these materials to RicardoNYSDChambers@nysd.uscourts.gov by **May 27, 2026**.

**SO ORDERED.**

Dated: May 26, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge